STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
JOHN A. MASON, ESQ. SB#166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, California 95661-3805
Telephone  (916) 797-3100
Facsimile  (916) 797-3131

Attorneys for Defendants
ROSE HILLS MORTUARY, L.P.,
ROSE HILLS COMPANY, and SKYROSE CHAPEL
FOUNDATION AT ROSE HILLS MEMORIAL PARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO ORDAZ and IRMA MARTINEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ROSE HILLS MORTUARY, L.P., a Delaware limited liability company; ROSE HILLS COMPANY, a Delaware corporation; ROSE HILLS COMPANY, a business entity form unknown; SKYROSE CHAPEL FOUNDATION AT ROSE HILLS MEMORIAL PARK; a California corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV08-03170 GAF (SSx)<br><br>[~~PROPOSED~~] **ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT PER STIPULATION OF THE PARTIES**<br><br>FAC filed: February 29, 2008 |

## ORDER

Having read and considered the Parties' Stipulation and GOOD CAUSE appearing therefore, the Court orders that this case be remanded forthwith to Los Angeles County Superior Court. Each side will bear its own costs and attorney's fees incurred as a result of the removal.

IT IS SO ORDERED.

DATED: 7/21/08

Hon. Gary A. Feess
U.S. District Judge